**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MEJRA FERIZOVIC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.  1:25-cv-656** |
| | ) | |
| **HILTON HOTELS ROSEMONT a/ka** | ) | **Hon. Virginia M. Kendall** |
| **HILTON ROSEMONT/CHICAGO O'HARE** | ) | |
| **VINAKOM, INC., VH-H ROSEMONT LLC,** | ) | |
| **HILTON WORLDWIDE HOLDINGS INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**PLAINTIFF, MEJRA FERIZOVIC'S,**</u>
<u>**MOTION TO VOLUNTARILY DISMISS ONLY HILTON WORLDWIDE HOLDINGS**</u>
<u>**INC.,**</u>
<u>**PURSUANT TO FRCP 21**</u>

NOW COMES, the Plaintiff, Mejra Ferizovic, by her attorneys, Anthony J. Peraica & Associates, Ltd., and pursuant to FRCP 21, states as follows:

1.  Federal Rule of Civil Procedure 21 provides in relevant part:

    Misjoinder of parties is not a ground for dismissing an action. On motion or on its own, the court may at any time, on just terms, add or drop a party. The court may also sever any claim against a party.

2.  "On motion or on its own, the court may at any time, on just terms, add or drop a party. The court may also sever any claim against a party."  <u>Roadget Bus. Pte. Ltd. v. Individuals, Corps., Ltd. Liab. Companies, Partnerships, & Unincorporated Associations Identified on Schedule A Hereto</u>, No. 24 C 3139, 2024 WL 4132433, at *5 (N.D. Ill. Sept. 9, 2024) (Quoting FRCP 21).

3.      Plaintiff seeks to voluntarily dismiss only Defendant, Hilton Worldwide Holdings, Inc., from this lawsuit without prejudice, with each party to bear their own costs.

WHEREFORE, Plaintiff, DANNY GUTIERREZ, respectfully requests that this Court:

1.  Dismissing only Defendant, Hilton Worldwide Holdings, Inc., from this lawsuit

    without  prejudice with each party to bear their own costs;

2.  Order that the action shall continue as to the remaining Defendants in the case.


Respectfully Submitted,

MEJRA FERIZOVIC

By:   /s/ Anthony J. Peraica_____

Anthony J. Peraica, ARDC #6186661
Anthony J. Peraica & Associates, Ltd.
5130 S. Archer Avenue
Chicago, Illinois 60632
(773) 735-1700
support@peraica.com